**Order entered July 21, 2022**



In The
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-21-00173-CV

**TAMI DONALD, JERRY MOORE, AND SUMMIT SPRING WATER COMPANY, INC., Appellants**

**V.**

**BMR DISTRIBUTING, INC., RHONE WATER COMPANY INC. D/B/A FROSTY'S WATER, BRIAN ROSE, NORTH TEXAS MOUNTAIN VALLEY WATER CORP., AND WATER EVENT GULF COAST, LLC, APPELLEES**

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-08127**

### ORDER

On June 13, 2022, the Court abated this appeal. On the Court's own motion, we **REINSTATE** this appeal.

On June 13, 2022, this Court issued an order remanding this case to the trial court to clarify whether the appealed order is a final judgment. We ordered a

supplemental clerk's record be filed containing the trial court's clarifying order. No clarifying order has been filed.

Accordingly, in accordance with our June 13 order, we **ORDER** the trial court to clarify whether the appealed order is a final judgment and enter a clarification order reflecting its determination. We further **ORDER** the trial court to file a supplemental clerk's record containing its clarifying order with the Clerk of this Court on or before August 1, 2022.

/s/    ERIN A. NOWELL
        PRESIDING JUSTICE